IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Curtis Renee Jackson, | NO. C 10-02578 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's October 19, 2011 Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Social Security Administration against Plaintiff Curtis Renee Jackson.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: October 19, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham A. Simmons abraham.simmons@usdoj.gov

Curtis Renee Jackson
Pleasant Valley State Prison
P.O. Box 8500
C2-109
Coalinga, CA 93210-8500

**Dated:  October 19, 2011**                           **Richard W. Wieking, Clerk**

                                                       **By:      /s/ JW Chambers**
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California