UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CURTIS RENEE JACKSON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JANICE MCDANIEL, District Manager, Social Security Administration and SOCIAL SECURITY ADMINISTRATION, <br><br> Defendants - Appellees. | No. 11-17721 <br><br> D.C. No. 3:10-cv-02578-JW <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered August 02, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk